**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 20-1729 (TJK) |
| | ) |
| U.S. DEPARTMENT. OF STATE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Judgment on the Pleadings, any

opposition thereto, and the entire record herein, it is this _____ day of _____,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that judgment on the pleadings is entered in favor of the

Defendant and this action is dismissed.

**SO ORDERED.**

_____
United States District Judge